1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    WILLIS RANDOLPH,

11              Plaintiff,                    No. 2:12-cv-3099 EFB P

12        vs.

13    ROBERT RAINWATER, et al.,

14              Defendants.                   <u>ORDER</u>

15    _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17    U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28

18    U.S.C. § 1915.

19        Plaintiff alleges a violation of his civil rights in Fresno County, California.  Fresno

20    County is in the Fresno Division of the United States District Court for the Eastern District of

21    California, and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).

22    Where a civil action has not been commenced in the proper division of a court, the court may, on

23    its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

24        Accordingly, it is hereby ordered that:

25        1.  This action is transferred to the Fresno Division.

26        2.  The Clerk of Court shall assign a new case number.

1

3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  January 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE